JACOB FOX, RESPONDENT, v. BOARD OF EDUCATION OF NEWARK ET AL., APPELLANTS.

Argued May 20, 1943—Decided September 16, 1943.

For the respondent, *Charles E. McCraith, Jr.,* and *Homer C. Zink.*

For the appellants, *Francis P. Meehan.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, PERSKIE, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.